IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH R. ALEXANDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.:   4:11-CV-01436-TIA |
| | ) | |
| BNSF RAILWAY COMPANY, | ) | |
| a Delaware Corporation, | ) | |
| RANDY McQUEARY, | ) | |
| and | ) | |
| ST. LOUIS COUNTY, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL
## OF DEFENDANT ST. LOUIS COUNTY

**COMES NOW** Plaintiff Joseph Alexander, by and through his undersigned attorney, and hereby dismisses his cause of action against Defendant St. Louis County only, **without** prejudice.

JOSEPH ALEXANDER, Plaintiff

 /s/  D. Matthew Dreesen
D. Matthew Dreesen, MO #43641
The Dreesen Law Firm, LLC
17107 Chesterfield Airport Road, Suite 215
Chesterfield, MO 63005
Telephone:  (636) 449-4400
Facsimile:  (636) 449-4401
Email:  mdreesen@dreesenlaw.com

**CERTIFICATE OF SERVICE**

      I, the undersigned, do hereby certify that on this 26th day of August, 2011, a true and correct copy of the foregoing was served, via CM/ECF, to the following:

Thomas E. Jones
Thompson Coburn, LLP
525 West Main Street
PO Box 750
Belleville, IL 62222
Fax: (618) 236-3434
tjones@thompsoncoburn.com

Michael Shuman
St. Louis County Counselor
41 South Central Avenue
St. Louis, MO 63105
Fax: (314) 615-3732
mshuman@stlouisco.com

                                      /s/  D. Matthew Dreesen