UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH ALEXANDER, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. 4:11CV1436 TIA |
| | ) | |
| BNSF RAILWAY CO., | ) | |
| | ) | |
| Defendant(s). | ) | |

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled case is randomly reassigned from Magistrate Judge Terry I. Adelman to District Judge Rodney W. Sippel.

**The Selection/Option form will be maintained in the Clerk's Office for ten (10) days from entry of the Clerk's order of transfer.**

<br>

JAMES G. WOODWARD
CLERK

August 31, 2011
DATE

By:  /s/ Katie Spurgeon
DEPUTY CLERK

**In all future documents filed with the Court, please use the following case number 4:11CV1436 RWS.**